IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00779-O |
| § | |
| US DEPARTMENT OF HEALTH AND § | |
| HUMAN SERVICES, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Motion for Expedited Briefing and to Vacate Order Requiring Scheduling Conference (ECF No. 18), filed July 29, 2025; Defendants' Response (ECF No. 24), filed July 31, 2025; and Plaintiffs' Reply (ECF No. 25), filed July 31, 2025. Upon reviewing the briefing and applicable law, the Court **GRANTS in part** and **DENIES in part** Plaintiffs' Motion. The Court **GRANTS** Plaintiffs' Motion insofar as it seeks to vacate the Court's July 25, 2025, Order (ECF No. 15) requiring a scheduling conference. However, the Court **DENIES** Plaintiffs' proposed expedited briefing schedule in the Motion.

The parties are hereby **ORDERED** to confer on a proposed expedited briefing schedule by **no later than August 6, 2025**. The parties **SHALL** then submit a joint proposal for an expedited briefing schedule by **no later than August 7, 2025**. If the parties are unable to agree on an expedited briefing schedule, the joint proposal must contain each party's proposed briefing schedule.

**SO ORDERED** on this **4th day** of **August, 2025**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**

1