# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| HUMANA INC., ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:25-CV-00779-O |
| § | |
| U.S. DEPARTMENT OF HEALTH § | |
| AND HUMAN SERVICES, ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

The Court has issued its order granting Defendants' United States Department of Health and Human Services motion for summary judgment against Plaintiffs, Humana Inc. and Americans for Beneficiary Choice.

It is therefore **ORDERED, ADJUDGED, and DECREED** that this CASE IS **DISMISSED** with prejudice.

**SO ORDERED** on this **14th day** of **October, 2025.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**